FILED

2003 NOV -5  A 10: 14

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BILL WITKOSKI | : | CIVIL ACTION NO. |
| | : | 3:01:CV-01736 (SRU) |
| **Plaintiff** | : | |
| VS. | : | |
| TOWN AND BOROUGH OF | : | NOVEMBER 3, 2003 |
| NAUGATUCK, JOAN TAF, | : | |
| KENNETH BUTLER, WILLIAM | : | |
| GRIFFIN and THOMAS HUNT | : | |
| **Defendants** | : | |

## STIPULATION OF DISMISSAL

The Plaintiff, Bill Witkoski, hereby files this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1).

1. The Plaintiff, Bill Witkoski, sued the defendants, Town and Borough of Naugatuck on September 4, 2001.

2. Claims against all of the defendants except the defendant, Naugatuck, were disposed of by way of Motion for Summary Judgment on July 25, 2003.

3. The Plaintiff, Bill Witkoski, moves to dismiss the one remaining claim as against the defendant, Naugatuck.

4. The Defendant who has answered, agrees to this dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

7. The Plaintiffs have not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is without prejudice.

9. All claims by all parties have at this point been resolved, and this case may be closed.

THE PLAINTIFF, Bill Witkoski

By: _____
Timothy Mahoney, Esquire
Law Office of Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

THE DEFENDANTS,
Town and Borough of Naugatuck

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070