HONORABLE **S. R. Underhill**
DEPUTY CLERK **B. Sbalbi**   RPTR/~~ERO/TAPE~~ **S. Catucci**

TOTAL TIME: ___ hours ___ minutes

DATE **11/5/03**   START TIME **10:10**   END TIME **10:12**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Witkoski**

vs.

**Naugatuck**

CIVIL NO. **3:01CV1736 (SRU)**

§
§
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**Tim Mahoney**
Plaintiffs Counsel

**James Mooney**
Defendants Counsel

### CIVIL JURY SELECTION/CALENDAR CALL

☑ ........ ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☐ ........ ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☑ .... Oral Motion **by Pff to dismiss case w/o prejudice**   ☑ granted ☐ denied ☐ advisement

☐ .. # .. Motion _____   ☐ granted ☐ denied ☐ advisement

☐ .. # .. Motion _____   ☐ granted ☐ denied ☐ advisement

☐ .. # .. Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed

☐ ........ _____ # jurors present

☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........ Voir Dire by Court

☐ ........ Peremptory challenges exercised (See attached)

☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........ Remaining jurors excused

☐ ........ Discovery deadline set for _____

☐ ........ Disposition Motions due _____

☐ ........ Joint trial memorandum due _____

☐ ........ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK