01CV1736STIPDISM

**FILED**

2003 NOV -5 A 10: 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT CT

| | | |
|---|---|---|
| **BILL WITKOSKI** | : | **CIVIL ACTION NO.** |
| | : | **3:01:CV-01736 (SRU)** |
| **Plaintiff** | : | |
| VS. | : | |
| **TOWN AND BOROUGH OF** | : | **NOVEMBER 3, 2003** |
| **NAUGATUCK, JOAN TAF,** | : | |
| **KENNETH BUTLER, WILLIAM** | : | |
| **GRIFFIN and THOMAS HUNT** | : | |
| **Defendants** | : | |

### *STIPULATION OF DISMISSAL*

The Plaintiff, Bill Witkoski, hereby files this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1).

1. The Plaintiff, Bill Witkoski, sued the defendants, Town and Borough of Naugatuck on September 4, 2001.

2. Claims against all of the defendants except the defendant, Naugatuck, were disposed of by way of Motion for Summary Judgment on July 25, 2003.

3. The Plaintiff, Bill Witkoski, moves to dismiss the one remaining claim as against the defendant, Naugatuck.

APPROVED. The case is hereby dismissed, without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
11/13/03

2003 NOV 13 A 10: 47
US DISTRICT
BRIDGEPORT